# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT CINCINNATI DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 7 |
| ALYSSIA K KELLEY | CASE NO: 19-11904 |
| DEBTOR | JUDGE: JEFFERY P. HOPKINS |

### NOTICE OF MOTION FOR RELIEF FROM STAY

Nationstar Mortgage LLC d/b/a Mr. Cooper has filed papers with the Court to obtain relief from the automatic Bankruptcy Stay.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, within twenty-one (21) days after the date of filing, you or your attorney must:

File with the court a written request for hearing and a written response setting forth the specific grounds for objection at:

Clerk of Courts
U.S. Bankruptcy Court
221 E. Fourth Street
Atrium Two Suite 800
Cincinnati, OH 45202

If you mail your request and response to the court for filing, **you must mail it early enough so the court will receive it** on or before the date stated above.  The Court's mailing address is 221 E. Fourth Street, Atrium Two Suite 800, Cincinnati, OH 45202.

You must also mail a copy to:

| | |
|---|---|
| Mark A. Greenberger | Shapiro, Van Ess, Phillips & Barragate, LLP |
| 7750 Montgomery Road | 4805 Montgomery Road |
| Suite 205 | Suite 320 |
| Cincinnati, OH 45236 | Norwood, OH 45212 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or object and may enter an order granting that relief.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 20, 2019, copies of the foregoing were served by mailing the same by ordinary U.S. Mail, postage prepaid, and/or electronically as permitted by local rule, to the persons listed below.

### <u>Served by Regular U.S. Mail</u>

Alyssia K Kelley a/k/a Alyssia Kelley
4119 Fox Run Trail
Apt. 9
Cincinnati, OH 45255

### <u>Electronic Mail Notice List</u>

Mitchell W. Allen
Allen Law Firm
8469 Mason Montgomery Rd.
Suite 2
Mason, OH 45040

Mark A. Greenberger
7750 Montgomery Road
Suite 205
Cincinnati, OH 45236

Office of the U.S. Trustee
36 East Seventh Street
Suite 2030
Cincinnati, OH 45202

/s/ Matthew Murtland_____
Shapiro, Van Ess, Phillips & Barragate, LLP
Matthew Murtland (OH-0088290)
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
Email: mmurtland@logs.com